## ANNIE O'CONNOR v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD COMPANY AND ANOTHER.[1]

March 20, 1934.

No. 30,000.

*F. W. Root, C. O. Newcomb,* and *A. C. Erdall,* for appellant.
*Davis, Michel, Yaeger & McGinley,* for plaintiff-respondent.
*A. L. Janes* and *Paul J. McGough,* for respondent Great Northern
Railway Company.

*PER CURIAM.*

Appeal from a judgment. The case was here before and our opinion filed December 8, 1933. 190 Minn. 277, 251 N. W. 674.

For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

[1]Reported in 253 N. W. 670.